**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| GARY PAVLIC, | : | No. 524 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN F. BELL, ET AL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.